PINNEY ET AL. *v.* BUTTERWORTH ET AL.

No. 1078.   Decided June 22, 1964.

*H. Meade Alcorn, Jr., James William Moore* and *Norman K. Parsells* for appellants.

*Richard H. Bowerman* for appellees.

PER CURIAM.

The judgment below is affirmed. *Reynolds* v. *Sims,* 377 U. S. 533.   The case is remanded for further proceedings, with respect to relief, consistent with the views stated in our opinions in *Reynolds* v. *Sims* and in the other cases relating to state legislative apportionment decided along with *Reynolds.*

MR. JUSTICE CLARK would affirm the judgment on the basis of his opinion in *Reynolds* v. *Sims,* 377 U. S. 533, 587.

MR. JUSTICE STEWART would affirm the judgment insofar as it holds that Connecticut's system of legislative apportionment violates the Equal Protection Clause.

MR. JUSTICE HARLAN dissents for the reasons stated in his dissenting opinion in *Reynolds* v. *Sims,* 377 U. S. 533, 589.